**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sam HENRICY, a.k.a. Tukan, Defendant–Appellant.**

**No. 15–13226**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 29, 2016.

Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Rinku Talwar Tribuiani, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Frederick Charles Hutchinson, III, F.C. Hutchinson Law Office, West Palm Beach, FL, for Defendant–Appellant.

Sam Henricy, Coleman, FL, pro se.

Appeal from the United States District Court for the Southern District of Florida. D.C. Docket No. 9:14–cr–80227–KLR–2.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Frederick Charles Hutchinson, III, appointed counsel for Sam Henricy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henricy's conviction and sentence are **AFFIRMED**.